IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 11-00110-01-CR-W-DGK |
| MICHAEL C. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

                                                                                       /s/ Greg Kays
                                                                                       GREG KAYS
                                                                                       United States District Judge

Kansas City, Missouri
September 27, 2011